Certificate Number: 02998-TXS-DE-030964463

Bankruptcy Case Number: 13-36055



02998-TXS-DE-030964463

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2018, at 9:13 o'clock AM EDT, Robert W Symmonds completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: May 1, 2018

By: /s/Terri Everett

Name: Terri Everett

Title: Counselor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert   W   Symmonds | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court For the: Southern District | District of Texas (State) | |
| Case Number: 13-36055 (If known) | | |

Official Form 423

## Certification About a Financial Management Course

12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

You must check one:

☑ **I completed an approved course in personal financial management:**

Date I took the course   05/01/2018
MM / DD / YYYY

Name of approved provider   Consumer Education Services, Inc., CBA Start Fresh Today/DBA Affordable Bankruptcy Course

Certificate number   02998-TXS-DE-030964463

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

/S/ Robert Symmonds                    Robert Symmonds                    Date 05/01/2018
Signature of debtor named on certificate    Printed name of debtor                    MM / DD / YYYY

Official Form 423                    Certification About a Financial Management Course



# Test Results

5/1/2018

Client ID      :   14070583

Client Name :   Robert Symmonds

| Question | ClientAnswer | CorrectAnswer |
|---|---|---|
| **Chapter 1   PreTest** | | **7 Correct / 21 Questions** |
| 1   What is the most important financial goal that must be set first? | To pay off all debts | To create an emergency savings fund |
| 2   A goal is long-term when it: | Takes more than ten years to achieve | Takes more than five years to achieve |
| 3   The three types of expenses are: | Insurance, Utilities, Rent/Mortgage | Fixed, Variable, Periodic |
| 4   Your auto and transportation expenses should take up what portion of your budget? | 5-10% | 15-25% |
| 5   When a hotel reduces your available credit card by a specific amount, it is considered a block: | False | True |
| 6   Where can you find the true balance of your checking account? | Your checkbook register | Your checkbook register |
| 7   Which type of loan would be appropriate for financing college tuition: | Home Loan | Consumer Installment Loan |
| 8   Which of the following information is NOT included on your credit report? | How many children you have | How many children you have |
| 9   What is the highest possible FICO score? | 750 | 850 |

| | | | |
|---|---|---|---|
| 10 | The three different types of credit lines are: | Open, Revolving, and Installment | Open, Closed, and Revolving |
| 11 | What are the two different types of interest rates? | Fixed and Variable | Fixed and Variable |
| 12 | When you apply for a credit card, the creditor will do which of the following? | Check your credit report | Check your credit report |
| 13 | What does PITI stand for? | Primary Incidental Taxable Income | Principal, Interest, Taxes, Insurance |
| 14 | An auto loan constitutes what kind of debt? | Installment Debt | Installment Debt |
| 15 | What are the "Three C's" of credit? | Capacity, Capital, Character | Capacity, Capital, Character |
| 16 | What is a Deficiency? | When you have to borrow from one credit card to pay off another. | Any amount you owe on your contract after your creditor sells your collateral and applies the amount to your unpaid obligation. |
| 17 | The two basic types of health insurance are: | HMO and PPO | Indemnity and Managed Care |
| 18 | What are two things that one must do before planning for the future? | Build up an emergency savings fund and pay off all debts | Build up an emergency savings fund and secure adequate insurance |
| 19 | A retirement plan established by a corporation for its workers is known as a: | Pension | Pension |
| 20 | Under the Fair Debt Collection Practices Act, you are entitled to a free credit report each year from the three major credit bureaus. | True | False |
| 21 | Before taking this course, how would you rate your basic level of financial knowledge? | Good | Excellent |

| | | | |
|---|---|---|---|
| | | 7 Answers  /  21 Questions | 33.33%   Fail |

2

| Question | ClientAnswer | CorrectAnswer |
|---|---|---|

| Chapter | 1 | Setting Goals | 4 Correct / 5 Questions | |
|---|---|---|---|---|
| 1 | Which of the following is a Need? | | Utilities | Utilities |
| 2 | SMART goals are those which are Specific, Measurable, Attainable, Realistic, and... | | Tangible | Tangible |
| 3 | What is the most important goal that must be set first? | | To pay off all debts | To create an emergency savings fund |
| 4 | A goal is long-term when it: | | Takes more than five years to achieve | Takes more than five years to achieve |
| 5 | Under what circumstances would you want to access your emergency savings fund? | | All of the above | All of the above |

| Chapter | 2 | Budgeting | 4 Correct / 5 Questions | |
|---|---|---|---|---|
| 1 | The three types of expenses are: | | Insurance, Utilities, Rent/Mortgage | Fixed, Variable, Periodic |
| 2 | Your auto and transportation expenses should take up what portion of your budget? | | 15-25% | 15-25% |
| 3 | What might be a good course of action if your income is too low to meet your expenses? | | Cut expenses where possible | Cut expenses where possible |
| 4 | If you don't have enough money to save for one of your goals, you should: | | Any or all of the above | Any or all of the above |
| 5 | If you add all of your sources of income and deduct your Federal and state taxes, you have calculated: | | Net Income | Net Income |

| Chapter | 3 | Banking | 4 Correct / 5 Questions | |
|---|---|---|---|---|
| 1 | What should be the top priority when choosing a checking account? | | The safety of the account | The safety of the account |

3

| | | | |
|---|---|---|---|
| 2 | The primary account verification service in the country is | ChexSystems | ChexSystems |
| 3 | Where can you find the true balance of your checking account? | Your checkbook register | Your checkbook register |
| 4 | Which of the following is an example of a fringe banking product? | All of the above | All of the above |
| 5 | Which kind of account is most likely to require a minimum balance? | Savings account | Money market account |

| Chapter | 4 | Borrowing | 5 Correct / 5 Questions | |
|---|---|---|---|---|
| 1 | Which type of loan would be appropriate for financing college tuition? | | Consumer Installment Loan | Consumer Installment Loan |
| 2 | Which type of loan would be appropriate for making small purchases in a department store ($50 worth of clothing)? | | Credit Card | Credit Card |
| 3 | Which of the following is usually considered good debt? | | Mortgage | Mortgage |
| 4 | Which of the following is NOT a warning sign of problem debt? | | You have an adjustable rate mortgage | You have an adjustable rate mortgage |
| 5 | Predatory lending involves? | | All of the above | All of the above |

| Chapter | 5 | Credit Reports and Sc | 4 Correct / 5 Questions | |
|---|---|---|---|---|
| 1 | In which of the following situations would your credit report not be accessed? | | When you check into the hospital | When you check into the hospital |
| 2 | Which of the following information is not included in your credit report? | | How many children you have | How many children you have |
| 3 | Which of these is an appropriate way to build good credit? | | Make your payments on time every month | Make your payments on time every month |
| 4 | What is the highest possible FICO score? | | 750 | 850 |

4

| 5 | The three major credit bureaus in the United States are: | Equifax, TransUnion, and Experian | Equifax, TransUnion, and Experian |
|---|---|---|---|
| **Chapter** | **6**   **Setting Goals** | **3 Correct / 5 Questions** | |
| 1 | The three different types of credit lines are: | Open, Revolving, and Installment | Open, Closed, and Revolving |
| 2 | How are charge cards different from credit cards? | Charge card balances are due in full each month, while only a part of the credit card balance must be repaid monthly | Charge card balances are due in full each month, while only a part of the credit card balance must be repaid monthly |
| 3 | When is it a good idea to make the minimum payment toward your credit card balance? | Both A & C | It is never a good idea to make only the minimum payment |
| 4 | What are the two different types of interest rates? | Fixed and Variable | Fixed and Variable |
| 5 | When you apply for a credit card, the creditor will do which of the following? | Check your credit report | Check your credit report |
| **Chapter** | **7**   **Homeownership** | **4 Correct / 5 Questions** | |
| 1 | Which of the following is a potential disadvantage of owning a home? | Homeownership can be expensive | Homeownership can be expensive |
| 2 | What does PMI stand for? | Private Mortgage Insurance | Private Mortgage Insurance |
| 3 | What does PITI stand for? | Principal, Interest, Taxes, Insurance | Principal, Interest, Taxes, Insurance |
| 4 | What does ARM stand for? | Adjustable Rate Mortgage | Adjustable Rate Mortgage |
| 5 | What's a good way to lower your house payment? | Get pre-qualified for a loan | Change to a longer-term mortgage |
| **Chapter** | **8**   **Purchasing a Car** | **5 Correct / 5 Questions** | |
| 1 | An auto loan constitutes what kind of debt? | Installment Debt | Installment Debt |

5

| | | | |
|---|---|---|---|
| 2 | Which carries higher monthly payments, an auto loan or a lease? | Auto Loan | Auto Loan |
| 3 | What should you look for when shopping for an auto loan? | Low APR | Low APR |
| 4 | What are the "three C's" of credit? | Capacity, Capital, Character | Capacity, Capital, Character |
| 5 | Which of the following is not a good place to get an auto loan? | Credit Card Company | Credit Card Company |

| Chapter 9 | Debt Recovery | 4 Correct / 5 Questions | |
|---|---|---|---|
| 1 | What is a deficiency? | When you have to borrow from one credit card to pay off another. | Any amount you owe on your contract after your creditor sells your collateral and applies the amount to you unpaid obligation. |
| 2 | As soon as you miss a single house payment, the bank will foreclose on your mortgage. | False | False |
| 3 | What is the first step in dealing with your debts? | Stop incurring new debts | Stop incurring new debts |
| 4 | What is the first bill you should pay every month? | Mortgage or rent | Mortgage or rent |
| 5 | What is an important law to understand when dealing with debt collection agencies? | The Fair Debt Collection Practices Act | The Fair Debt Collection Practices Act |

| Chapter 10 | Insurance | 3 Correct / 5 Questions | |
|---|---|---|---|
| 1 | What is insurance? | A contract that protects you against future losses | A contract that protects you against future losses |
| 2 | Which of the following is not covered by standard homeowner's insurance? | Damage to your home due to a flood | Damage to your home due to a flood |

6

| 3 | The six types of coverage included in auto insurance are Bodily Injury Liability, Medical Payments, Property Damage Liability, Comprehensive, Uninsured Motorist, and: | Collision | Collision |
|---|---|---|---|
| 4 | The two basic types of health insurance are: | HMO and PPO | Indemnity and Managed Care |
| 5 | The two types of life insurance are: | Long-term and Short-term | Term and Whole Life |

| Chapter | 11 | Financial Planning | 5 Correct / 5 Questions | |
|---|---|---|---|---|
| 1 | What are two things that one must do before planning for the future? | | Build up an emergency savings fund and pay off all debts | Build up an emergency savings fund and pay off all debts |
| 2 | A retirement plan established by a corporation for its workers is known as a: | | Pension | Pension |
| 3 | A special program that allows homeowners over age 62 to borrow against the equity in their home is known as | | Reverse Mortgage | Reverse Mortgage |
| 4 | When you have your basic needs met and are free to work on your personal enrichment, you are: | | Actualized | Actualized |
| 5 | Credit is an acceptable substitute for income. | | False | False |

| Chapter | 12 | Consumer Laws | 2 Correct / 5 Questions | |
|---|---|---|---|---|
| 1 | The Equal Credit Opportunity Act regulates: | | Borrowers | Creditors |
| 2 | The law that allows you to dispute a bill that you feel is incorrect is: | | The Fair Credit Billing Act | The Fair Credit Billing Act |
| 3 | The law that regulates third-party debt collectors is: | | The Equal Credit Opportunity Act | The Fair Debt Collection Practices Act |
| 4 | What is the first place to go online if you are a victim of identity theft? | | www.ftc.gov/idtheft | www.ftc.gov/idtheft |

7

| 5 | Under FACTA, you are entitled to a free credit report every year from each of the three major credit bureaus. Visit www.annualcreditreport.com to order your free reports. | False | True |

**47 Answers / 60 Questions        78.33%  Pass**